IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMIE RAYE BARNHILL,

    Plaintiff,

v.                                      Case No. 4:18cv564-MW/CAS

MARK S. INCH,

    Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 29. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. Plaintiff's motion for a preliminary injunction, ECF No. 11, is **GRANTED**. Defendant is enjoined from shaving Plaintiff's head. Further, Defendant is required to provide Plaintiff with a means to remove unwanted hair and to permit Plaintiff to grow her hair in accordance with the Department of Corrections' rules for female inmates. This case is **REMANDED** to the Magistrate Judge for further proceedings.

**SO ORDERED on October 24, 2019.**

                                            s/Mark E. Walker      
                                            **Chief United States District Judge**