# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JAMIE RAYE BARNHILL

    **Plaintiff,**

v.                                                  Case No.  4:18cv564-MW/MAF

**MARK S. INCH,**
**SEC'Y, FLORIDA DEP'T OF CORR.,**

    **Defendant.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 57, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 62.  Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.  In so ruling, this Court recognizes Plaintiff's frustration.  But, good or bad, *Keohane v. Fla. Dep't of Corr., Sec'y.,* 952 F.3d 1257 (11th Cir. 2020), is binding on this Court.  *See Martin v. Singletary*, 965 F.2d 944, 945 n.1 (11th Cir. 1992) (holding that "the courts in this circuit" have a duty to apply the binding precedent established by published opinions even before a mandate issues).

1

Defendant's Motion for Summary Judgment for mootness and failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2), ECF No. 49, is **GRANTED** and Plaintiff's request for injunctive relief is **DENIED**.  The Clerk shall enter judgment stating, "Plaintiff's claims against Defendant are dismissed with prejudice."  The Clerk shall also close the file.  This case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**SO ORDERED on October 13, 2020.**

<span style="margin-left: 3em;">s/Mark E. Walker            
**Chief United States District Judge**</span>